1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  **CHIARA P. DI MARTINO**, | Case No.: 2:16-cv-7350-BRO-(KSx) |
| 17           Plaintiff, | |
| 18       vs. | **ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO CALIFORNIA SUPERIOR COURT** |
| 19  **HYUNDAI MOTOR AMERICA, a California Corporation, and DOES 1 through 10, inclusive**, | |
| 20 | *Assigned for All Purposes to the Honorable* **Beverly Reid O'Connell** |
| 21 | |
| 22           Defendant. | Department: 7C |
| 23 | |

**ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO CALIFORNIA SUPERIOR COURT**

1 **ORDER**

2     BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING

3 THEREFORE, this Court REMANDS this matter to California Superior Court, County of Los

4 Angeles.

5     The Court further orders that Plaintiff's voluntary dismissal of her Magnuson-Moss

6 Consumer Warranty Act claim is dismissed with prejudice.

7     IT IS SO ORDERED

9 DATED:  November 8 , 2016  _____

10     HONORABLE BEVERLY REID O'CONNELL

11     United States District Judge